**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 4:10-cv-05126-CW** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **ROXANNE MONIQUE MOSLEY, et al.** | |
| **Defendant.** | |

TO THE HONORABLE CLAUDIA WILKEN, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Friday, May 31, 2011 at 2:00 P.M. This request will be, and is, necessitated by the fact that Defendant Roxanne Monique Mosley, individually and d/b/a Sweet Fingers a/k/a Sweetfingers Jamaican Restaurant is in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the Defendant. As a result, Plaintiff's counsel has not conferred with the Defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2  Management Conference presently scheduled for Friday, May 31, 2011 at 2:00 P.M. in order that

3  Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4  disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                                             Respectfully submitted,

8

9

10

   Dated: May 24, 2011                          /s/ Thomas P. Riley

11                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                By: Thomas P. Riley
12                                              Attorneys for Plaintiff

13                                              J & J Sports Productions, Inc.

14

15  ///

16  ///

17  ///

18  ///

19

20  ///

21  ///

22  ///

23  ///

24

25  ///

26  ///

27  ///

28

1

## **ORDER**

2

3      It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05126-

4   CW styled *J & J Sports Productions, Inc. v. Roxanne Monique Mosley, et al.*, is hereby vacated.

5         Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

6   of Service of this Order with the Clerk of the Court.

7

8

9

**IT IS SO ORDERED**:

10

11

12

Dated:_____ 5/24/2011 _____

13   _____

**THE HONORABLE CLAUDIA WILKEN**

14   **United States District Court**
**Northern District of California**

15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 4:10-cv-05126-CW**
**PAGE 3**