**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 10-5126 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| ROXANNE MONIQUE MOSLEY dba Sweet Fingers aka Sweetfingers Jamaican Restaurant, | |
| Defendants. / | |

The Court has reviewed Magistrate Judge Chen's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. The Report recommends denying default judgment as to Count I. The Court assumes that Plaintiff does not object and no longer wishes to pursue that Count. Count I is dismissed for failure to prosecute.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 5/25/2011

CLAUDIA WILKEN
United States District Judge